**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RALPH ARMSTRONG**                                                                         **PETITIONER**

**VS.**                              **NO. 4:09-CV-00100-BSM-BD**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. After carefully reviewing the recommendation, petitioner Ralph Armstrong's objections, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Armstrong's petition for writ of habeas corpus (#1) is DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE