**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RALPH ARMSTRONG**                                                          **PETITIONER**

**VS.**                      **NO. 4:09-CV-00100-BSM-BD**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                              **RESPONDENT**

### JUDGMENT

Consistent with the order entered today this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of May, 2010.


_____
UNITED STATES DISTRICT JUDGE